IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN R. WILLIAMS, | ) | No. C 12-2862 JSW (PR) |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| SANTA CLARA COUNTY DEPARTMENT OF CORRECTIONS, et al., | ) | (Docket No. 2, 3) |
| Defendants. | ) | |

Plaintiff, a county jail inmate, filed this pro se civil rights complaint under 42 U.S.C. § 1983. He has voluntarily requested dismissal of the case. A plaintiff has the absolute right to dismiss his or her action by filing a notice of dismissal "at any time before service by the adverse party of an answer or of a motion for summary judgment." Fed. R. Civ. P. 41(a)(1). The complaint has not been served or answered. Accordingly, Plaintiff's request for voluntary dismissal is GRANTED and this case is DISMISSED.

The Clerk shall close the file and enter judgment.

IT IS SO ORDERED.

DATED: July 20, 2012

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAYMOND WILLIAMS, | Case Number: CV12-02862 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| COUNTY OF SANTA CLARA et al, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 20, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John R. Williams
BWK634/12005120
701 S. Able Street
Milpitas, CA 95035

Dated: July 20, 2012

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk